COMP
CHIBUEZE C. ANAEME
c/o General Delivery, U.S Post Office-Midway Branch
San Diego, CA 92138
Phone Number: (212)808-0301 (Temporary)
E-mail: nexnns@yahoo.com

2012 JUL 18  A 11: 27

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CHIBUEZE C. ANAEME,

        Plaintiff,

    vs.

UNITED STATES OF AMERICA,

        Defendant.

WATSON AND TAYLOR MANAGEMENT,

INC., SUBSIDIARIES, DIVISIONS AND

BRANDS.

WATSON AND TAYLOR SELF STORAGE,

ALL LOCATIONS AND BRANDS.

RHINO SELF STORAGE, EL PASO,

TEXAS.

RHINO SELF STORAGE, ALL

LOCATIONS.

U-LOCK SELF STORAGE.

SPACE SAVERS II SELF STORAGE.

GETWELL SELF STORAGE.

2:12-cv-01280-MMD -RJJ

)
)
)
)   COMPLAINT FOR DAMAGES
)
)
)
)
)

WADE HAMPTON SELF STORAGE.

LAWNDALE SELF STORAGE.

UNIVERSITY SELF STORAGE.

PETERS CREEK SELF STORAGE.

A AND M SUPER STORAGE.

EAST CENTRAL SELF STORAGE.

INDEPENDENCE SQUARE SELF

STORAGE.

ALA MOANA SELF STORAGE.

STOW AND GO SELF STORAGE.

NORTHWEST HIGHWAY SELF

STORAGE.

KEMAH MINI WAREHOUSE.

BAY AREA SELF STORAGE.

A SELF STORAGE.

KENNEDY-WILSON, INC.

KENNEDY-WILSON, INC ( AUSTIN),

TEXAS.

KENNEDY-WILSON PROPERTY

MANAGEMENT.

KENNEDY-WILSON INTERNATIONAL.

KENNEDY-WILSON AUCTION GROUP.

KENNEDY-WILSON CAPITAL MARKETS

GROUP.

KENNEDY-WILSON REAL ESTATE.

KENNEDY-WILSON HOLDINGS INC.

KENNEDY-WILSON MULTIFAMILY.

KENNEDY-WILSON BUILDERS.

BEHRINGER HARVARD HOLDINGS, LLC.

BEHRINGER MULTIFAMILY REIT I, INC.

BEHINGER MULTIFAMILY REIT II, INC.

BEHRINGER HARVARD COMPANIES.

BEHRINGER HARVARD OPPORTUNITY

REIT I.

BEHRINGER HARVARD OPPORTUNITY

REIT II.

BEHRINGER HARVARD INVESTMENT

MANAGEMENT.

BEHRINGER HARVARD SECURITIES, LP.

BEHRINGER HARVARD EUROPE.

HARVARD PROPERTY TRUST, LLC.

HARVARD PROPERTY TRUST, INC.

HARVARD OPPORTUNITY REIT I.

HARVARD OPPORTUNITY REIT II.

EL PASO COUNTY, TEXAS.

CITY OF EL PASO POLICE

COMPLAINT FOR DAMAGES

DEPARTMENT.

STATE OF CALIFORNIA.

SAN DIEGO COUNTY, CALIFORNIA.

 CITY OF SAN DIEGO, CALIFORNIA.

OFFICE OF COUNTY COUNSEL, SAN DIEGO COUNTY, CALIFORNIA.

OFFICE OF THE PUBLIC DEFENDER, SAN DIEGO COUNTY, CALIFORNIA.

OFFICE OF THE CITY ATTORNEY, CITY OF SAN DIEGO, CALIFORNIA.

SAN DIEGO POLICE DEPARTMENT.

SAN DIEGO UNIFIED PORT DISTRICT.

SAN DIEGO HARBOR POLICE.

SAN DIEGO COUNTY SHERIFFS' DEPARTMENT.

CALIFORNIA STATE POLICE (CALIFORNIA HIGHWAY POLICE).

COUNTY OF SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY (HHSA) FORENSIC SERVICES UNIT, SAN DIEGO, CALIFORNIA.

HERITAGE SECURITY SERVICES.

TRANSIT SYSTEM SECURITY.

FORT HERITAGE COURIER SERVICE.

VEOLIA ENVIRONNEMENT.

VEOLIA TRANSPORTATION SERVICES, INC.

VEOLIA ENVIRONMENTAL SERVICES.

VEOLIA WATER NORTH AMERICA.

VEOLIA WATER AMERICA, LLC.

VEOLIA TRANSPORT.

VEOLIA VERKEHR.
CONNEX.

SAN DIEGO METROPOLITAN TRANSIT
SYSTEM (SDMTS).

SAN DIEGO TROLLEY, INC. (SDTI).

SAN DIEGO TRANSIT CORPORATION
(SDTC).

SAN DIEGO AND ARIZONA EASTERN
(SD AND AE) RAILWAY COMPANY.

SAN DIEGO VINTAGE TROLLEY, INC.

SANDAG.

NORTH COUNTY TRANSIT DISTRICT
(NCTD).
                                        )
_____

## COMPLAINT FOR DAMAGES

JOSUE NOYLES
Individually and in his capacity as Property Manager, Employee and Auctioneer, Watson and
Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard,
El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001 respectively, United States
of America, hereinafter "U.S.A" and as pertains to Watson and Taylor Management, Inc., and
Rhino Self Storage rental agreement number 000187-8003-2705-0405-376801.

TOM MAXWELL
Individually and in his capacity as Manager, Employee and Auctioneer, Watson and
Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard,
El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A respectively.

DON WILSON
Individually and in his capacity as Regional Manager, Employee and Auctioneer, Watson and
Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard,

El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A respectively.

A.STARKE"TRACY" TAYLOR
Individually and in his capacity as Chief Executive Officer, President and Principal, Watson and Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A.

GEORGE S. WATSON
Individually and in his capacity as Executive Vice President and Principal, Watson and Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A.

ROBERT M. OPDYKE
Individually and in his capacity as Chief Operating Officer, Watson and Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A.

THOMAS P. WARD
Individually and in his capacity as Vice President Acquisitions, Watson and Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A.

DIANNE DOUGLASS TAYLOR
Individually and in her capacity as Vice President Human Resources, Watson and Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A.

IRWIN KERNER
Individually and in his capacity as Vice President Deal Sourcing and Contract Negotiations, Watson and  Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A.

DONALD JONES
Individually and in his capacity as Financial Analyst, Watson and  Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A.

KATHY RODD
Individually and in her capacity as Executive Assistant, Watson and  Taylor-Rhino Self Storage, Watson and Taylor Management, Inc., 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr., Addison, Texas 75001, U.S.A and as pertains to Watson and Taylor-Rhino Self Storage rental agreement number 000187-8003-2705-0405-376801.

WILLIAM J. MCMORROW
Individually and in his capacity as Chairman and Chief Executive Officer Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy

Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

MARY L. RICKS
Individually and in her capacity as Executive Vice Chair, Kennedy-Wilson, Inc., Kennedy Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

BARRY S. SCHLESINGER
Individually and in his capacity as Chief Administrative Officer, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

FREEMAN A. LYLE
Individually and in his capacity as Executive Vice President and Chief Financial Officer, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc, Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

DONALD HERREMA
Individually and in his capacity as Executive Vice Chair and Chief Executive Officer, Kennedy-Wilson Capital Markets Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

ROBERT E. HART
Individually and in his capacity as President, Kennedy-Wilson Multifamily Management Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

JOHN C. PRABHU
Individually and in his capacity as President, Kennedy-Wilson Commercial Investment Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc, Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

COMPLAINT FOR DAMAGES

STUART CRAMER
Individually and in his capacity as President, Kennedy-Wilson Residential Investment Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

JIM ROSTEN
Individually and in his capacity as President, Kennedy-Wilson Properties Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

RHETT WINCHELL
Individually and in his/her capacity as President Kennedy-Wilson Properties Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

JAMES C. OZELLO
Individually and in his capacity as Senior Managing Director of Human resources, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

MATT WINDISCH
Individually and in his capacity as Managing Director, Kennedy-Wilson Commercial Investment Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

STEPHEN A. PYHRR
Individually and in his capacity as Senior Managing Director, Kennedy-Wilson, Inc., Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Property Management, Kennedy-Wilson, Inc., (Austin), Texas, U.S.A.

NORMAN CREIGHTON
Individually and in his capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc.,

COMPLAINT FOR DAMAGES

Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

CATHY HENDRICKSON
Individually and in her capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

DAVID MINELLA
Individually and in his capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

KENT V. MOUTON
Individually and in his capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

JERRY R. SOLOMON
Individually and in his capacity as Chief Administrative Officer, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

STANLEY ZAX
Individually and in his capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

ROBERT W. BEHRINGER
Individually and in his capacity as Controlling Owner and Chairman, Behringer Harvard Holdings, LLC and Chief Executive Officer, Behringer Securities, LP, Behringer Harvard Companies, Behringer Multifamily REIT I and II, Inc, Behringer Harvard Opportunity REIT I and II, Inc., Harvard Property Trust, LLC. and Harvard Property Trust, Inc., 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ROBERT S. AISNER

Individually and in his capacity as President and Chief Executive Officer, Behringer Harvard Holdings, LLC and Chief Executive Officer, Behringer Securities, LP, Behringer Harvard Companies, Behringer Multifamily REIT I and II, Inc., Behringer Harvard Opportunity REIT I and II, Inc., Harvard Property Trust, LLC. and Harvard Property Trust, Inc and Chairman Board of Directors, Behringer Multifamily REIT II, Inc., 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ROBERT J. CHAPMAN

Individually and in his capacity as President, Behringer Harvard Holdings, LLC and President, Behringer Harvard Multifamily REIT I and II, Inc and Member Board of Directors and Chairman Audit Committee, Behringer Harvard Opportunity REIT I, Inc., 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

GARY S. BRESKY

Individually and in his capacity as Vice President, Principal, Treasurer and Chief Financial Officer, Behringer Harvard Holdings, LLC and Chief Financial Officer, Behringer Harvard Companies, Behringer Securities, LP, Behringer Multifamily REIT I and II, Inc., Behringer Harvard Opportunity REIT I and II, Inc., Harvard Property Trust, LLC. and Harvard Property Trust, Inc., 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

GERALD J. REIHSEN, III

Individually and in his capacity as Principal, Executive Vice President, Corporate Development and Legal Secretary, Behringer Harvard Holdings, LLC and President Behringer Securities, LP and Executive, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

M. JASON MATTOX

Individually and in his capacity as Executive Vice President and Chief Operating Officer, Behringer Harvard Holdings, LLC, Executive Officer and Principal, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas, 75001, U.S.A.

MICHAEL D. COHEN

Individually and in his capacity as Executive Vice President, Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ROBERT FRANKLIN MULLER, JR.

Individually and in his capacity as Executive Vice President and Head of Distribution, Behringer Harvard Holdings, Inc., Dallas, Texas, Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A

STANTON P. EIGENBRODT

Individually and in his capacity as Executive Vice President and General Counsel, Behringer Harvard Holdings, Inc., Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

COMPLAINT FOR DAMAGES

MARK T. ALFIERI
Individually and in his capacity as Executive Vice President and Chief Operating Officer, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, Inc., Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

SAMUEL A. GILLEPIE
Individually and in his capacity as Executive Vice President and Chief Operating Officer, Behringer Harvard Opportunity REIT I and II, Inc., Short-Term Opportunity Fund, Strategic Opportunity Funds I and II and the Mid-Term Value Enhancement Liquidating Trust, Behringer Harvard Holdings, Inc., Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

JAMES D. FANT
Individually and in his capacity as Senior Vice President and Chief Investment Officer, Behringer Harvard Opportunity Funds, Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

SCOTT W. FORDHAM
Individually and in his capacity as Chief Operating and Financial Officer, Behringer Harvard REIT I, Inc, Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

WILLIAM J. REISTER
Individually and in his capacity as Executive Vice President and Chief Investment Officer, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

GERALD D. OLIVER
Individually and in his capacity as Senior Vice President, Commercial Property, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

PEGGY DALY
Individually and in her capacity as Senior Vice President, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

CHARLES G. DANNIS
Individually and in his capacity as Member, Board of Directors, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

STEVEN W. PARTRIDGE

Individually and in his capacity as Member, Board of Directors, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

G. RONALD WITTEN

Individually and in his capacity as Member, Board of Directors, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ANDRES K. BREMER

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

CYNTHIA PHARR LEE

Individually and in her capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT II, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

JEFFREY P. MAYER

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT II, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

DIANE S. DETERING-PADDISON

Individually and in her capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT II, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

BARBARA C. BUFKIN

Individually and in her capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

TERRY L. GAGE

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

STEVEN J. KAPLAN

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT I, Inc, Behringer Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

E. ALAN PATTON

COMPLAINT FOR DAMAGES

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ROGER D. BOWLER
Individually and in his capacity as Member, Board of Directors, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

SAMI S. ABBASI
Individually and in his capacity as Member, Board of Directors, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

JONATHAN L. KEMPNER
Individually and in his capacity as Member, Board of Directors, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ACEVEDA (MR)
Individually and in his capacity as Responding Officer, El Paso Police Department, 911 North Raymor Street, El Paso, Texas, U.S.A.

GREG ALLEN
Individually and in his capacity as Chief of Police, El Paso Police Department, 911 North Raymor Street, El Paso, Texas, 79903 U.S.A.

FRANK MONTALVO
Individually and in his capacity as Judge, United States District Court Western District of Texas, 525 Magoffin Ave, El Paso, Texas, 79901, U.S.A and as in USDC Case No. 3:12-CV-00031-FM.

JOHN A. HOUSTON
Individually and in his capacity as Judge, United States District Court Southern District of California, 880 Front Street, San Diego, California 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH (WVG) and USDC Case No. 3-11-CV-1808-JAH (BLM).

W. SAMUEL HAMRICK, JR.
Individually and in his capacity as Clerk of Court, United States District Court Southern District of California, 880 Front Street, Suite 4290, San Diego, California 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH (WVG) and USDC Case No. 3-11-CV-1808-JAH (BLM).

S/J PETERSEN
Individually and in his capacity as Deputy Clerk of Court, United States District Court Southern District of California, 880 Front Street, San Diego, California 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH (WVG) and USDC Case No. 3-11-CV-1808-JAH (BLM).

- 13 -
COMPLAINT FOR DAMAGES

- 14 -

THOMAS MONTGOMERY
Individually and in his capacity as County Counsel, Office of County Counsel, County Administration Center, 1600 Pacific Highway, Room 355, San Diego, California, 92101, U.S.A.

JERRY SANDERS
Individually and in capacity as Mayor, City of San Diego, California, City Administration Building, 202 C Street, 11th Floor, San Diego, California 92101, U..S.A.

DAVID J. DANIELSEN
Individually and in his capacity as Judge, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

FREDERICK MAGUIRE
Individually and in his capacity as Judge, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

ROBERT C. RICE
Individually and in his capacity as Commissioner, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

ROGER W. KRAUEL
Individually and in his capacity as Judge, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

SANDRA L. BERRY
Individually and in her capacity as Commissioner, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

KERI G. KATZ
Individually and in her capacity as Commissioner, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

DESIREE A. BRUCE-LYLE
Individually and in her capacity as Judge, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

KAREN A. RILEY
Individually and in her capacity as Commissioner, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

LEE C. WITHAM
Individually and in his capacity as Commissioner, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

JOHN N. BLAIR

Individually and in his capacity as Commissioner, The Superior Court of California, 220 W. Broadway, San Diego, California, U.S.A.

SOLOMON CHANG
Individually and in his capacity as Attorney, Office of The Public Defender San Diego County, 450 B St, Suite 900, San Diego, California, 92101, U.S.A.

BRIAN SCHMIDT
Individually and in his capacity as Attorney, Office of The Public Defender San Diego County, 450 B St, Suite 900, San Diego, California, 92101, U.S.A.

KATHERINE BRANER
Individually and in her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St, Suite 900, San Diego, California, 92101, U.S.A.

MARYJO BARR
Individually and in her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St, Suite 900, San Diego, California, 92101, U.S.A.

HENRY C. COKER
Individually and in his capacity as Public Defender, Office of The Public Defender San Diego County, 450 B St, Suite 900, San Diego, California, 92101, U.S.A.

SUSAN MCINERNEY
Individually and in her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St, Suite 900, San Diego, California, 92101, U.S.A.

L. GARCIA
Individually and in his/her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St, Suite 900, San Diego, California, 92101, U.S.A

L. STERN
Individually and in his/her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St, Suite 900, San Diego, California, 92101, U.S.A.

ROBERT J. STALL, JR.
Individually and in his capacity as Director, Office of Assigned Counsel San Diego County, 450 B St, Suite 840, San Diego, California, 92101, U.S.A.

MICHAEL BEGOVICH
Individually and in his capacity as Deputy Director, Office of Assigned Counsel San Diego County, 450 B St, Suite 840, San Diego, California, 92101, U.S.A.

MILLY DUROVIC
Individually and in his/her capacity as Of Counsel, Office of Assigned Counsel San Diego County, 450 B St, Suite 840, San Diego, California, 92101, U.S.A.

VENETA JACOBS
Individually and in his/her capacity as Felony Case Assigning Employee, Office of Assigned Counsel San Diego County, 450 B St, Suite 840, San Diego, California, 92101, U.S.A.

MICHAEL HAWKINS
Individually and in his capacity as Pro Per Coordinator, Office of Assigned Counsel San Diego County, 450 B St, Suite 840, San Diego, California, 92101, U.S.A.

JAN GOLDSMITH
Individually and in his capacity as City Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

ONU OMORDIA
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

HEILY HERNANDEZ
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

L. VOGLITANZ
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

MARYJO LANZAFARE
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

ANDREW JONES
Individually and in his capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

DAVID GREENBERG
Individually and in his capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

TRICIA PUMMIL
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

TESSA HEUNIS
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

ANDRES CARNAHAN

COMPLAINT FOR DAMAGES

Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

KRISTI HEIN
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

MAKINI HAMMOND
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

L. EASTON
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

D. RURLINS
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

M. ROBERTSON
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

S. PARK
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

A. WILBURN
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

SARAH SUTTER
Individually and in her capacity as Arresting and Booking Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

JOEL VOSS
Individually and in his capacity as Co-arresting Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

SCHENKLEBERG (MR)
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

ED
Individually and in his capacity as Supervisor, San Diego Police Department Property Room, 1401 Broadway, San Diego, California, U.S.A.

COMPLAINT FOR DAMAGES

WILLIAM LANSDOWNE
Individually and in his capacity as Chief of Police, San Diego Police Department,  1401 Broadway, San Diego, California, U.S.A.

PAUL COOPER
Individually and in his capacity as Counsel to the Chief of Police, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

ZACH BRADLEY
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

HIME ALVARADO
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

R.T. HENRIZI
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

P. RORRISON
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

U. HARVEY
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

KEVIN C. RAUSIS
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

K. KINNEY
Individually and in her capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

PATRICK SULLIVAN
Individually and in his capacity as Officer, San Diego Police Department,  1401 Broadway, San Diego, California, U.S.A.

KISTER (MR)
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

MICHAEL CASH

Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

CHRIS BALL
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

GUY SWANGER
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

JAMES COLLINS
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

BOYD LONG
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

CESAR SOLIS
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

TONY MCELROY
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

SARAH CRIEGHTON
Individually and in her capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

DAVID ROHOWITZ
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

K.P. LEWAK
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

S. BOYKIN
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

K. ARMENTANO
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

S. ERACA
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

T. WOOD
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A

K. LAWRENCE
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

J. HAGEL
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

ROBERT ADAMS
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

ALAN NICHOLAS
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

E. WISEMAN
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

S. HIGDON
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

SELLSWORTH (MR)
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

SACCO (MR)
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

R. PADILLA
Individually and in his capacity as Arresting and Booking Officer, San Diego Harbor Police, 3380 Harbor Drive, San Diego, California, 92101, U.S.A.

TAYLOR (MR)

Individually and in his capacity as Co-arresting Officer, San Diego Harbor Police, 3380 Harbor Drive, San Diego, California, 92101, U.S.A.

SABBAGH (MR)
Individually and in his capacity as Co-arresting Officer, San Diego Harbor Police, 3380 Harbor Drive, San Diego, California, 92101, U.S.A.

S. AFHOOK
Individually and in his capacity as Co-arresting Officer, San Diego Harbor Police, 3380 Harbor Drive, San Diego, California, 92101, U.S.A.

JOHN A. BOLDUC
Individually and in his capacity as Chief of Police, San Diego Harbor Police, 3380 Harbor Drive, San Diego, California, 92101, U.S.A.

BRIAN JENSEN
Individually and in his capacity as Officer, San Diego Harbor Police, 3380 Harbor Drive, San Diego, California, 92101, U.S.A.

KIMBERLY A. FIVES
Individually and in her capacity as Officer, San Diego Harbor Police, 3380 Harbor Drive, San Diego, California, 92101, U.S.A.

WILLIAM D. GORE
Individually and in his capacity as Sheriff, San Diego County Sheriffs' Department, San Diego, California, 92101, U.S.A.

THOMAS J. COOKE
Individually and in his capacity as Under-Sheriff, San Diego County Sheriffs' Department, San Diego, California, 92101, U.S.A.

R. SALAZAR
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, San Diego, California, 92101, U.S.A.

A.P. SETTER
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, San Diego, California, 92101, U.S.A.

HATHAWAY (MR)
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

BIGGS (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

T. HANDSON
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, San Diego, California, 92101, U.S.A.

ACEVADO (MR)
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

P. LACHAPPELL
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

G.A. NAVARRO
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

JOHNSON (MR)
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

B. RICHARDSON
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

JACKSON (MR)
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

SMITH (MR)
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

POWELL (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

M.J. SAUNDERS
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

ROURCK (MR)
Individually and in his capacity as Arrest and Booking Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

MONIKA PALMERIN
Individually and in her capacity as Arrest and Booking Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

C.H. WALSH
Individually and in her capacity as Arrest and Booking Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

MIKE OTIS
Individually and in his capacity as Property and Evidence Custodian, San Diego County Sheriffs' Department Property and Evidence Unit, 5255 Mount Etna Drive, San Diego, California, U.S.A.

NORM CASTILLO
Individually and in his capacity as Property and Evidence Unit Employee, San Diego County Sheriffs' Department Property and Evidence Unit, 5255 Mount Etna Drive, San Diego, California, U.S.A.

DAILEY (MR)
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

L.A. RIOS
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

RIA (MS)

Individually and in her capacity as Medical Personnel, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193), San Diego, California, 92101, U.S.A.

D. HANSEN
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

J. JOHNS
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

LAWSON (MR)
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

JOHN DOE WHITE MALE SHERIFFS DEPUTY WEARING BULLET-PROOF VEST AND ACCOMPLICE OF SHERIFFS' DEPUTIES D. HANSEN AND J. JOHNS at about 12:15am PST on May 22, 2012 in the lobby at the San Diego County Central Jail, 1730 Front St, San Diego, California.
Individually and in his capacity as Sheriffs' Deputy, San Diego County Sheriffs' Department, San Diego Central Jail, 1730 Front St, P.O. Box 939062 (92193) San Diego, Facility 8, George F. Bailey Detention Facility, San Diego, California, 92101, U.S.A.

M. JOHNSON
Individually and in his capacity as Officer, California State Police Department (California Highway Patrol), 9330 Farnham St, San Diego, California, 92123, and 4902 Pacific Highway, San Diego, California, U.S.A.

MATTHEW F. CARROLL
Individually and in his capacity as Staff Psychiatrist, County of San Diego Health and Human Services Agency (HHSA), Behavioral Health Services, Forensic Psychiatry Unit, 220 West Broadway, #1003, San Diego, California, 92101 and 3255 Camino Del Rio South, San Diego, California 92108, U.S.A.

JEREMY FLAGEL
Individually and in his capacity as Staff Psychiatrist, County of San Diego Health and Human Services Agency (HHSA), Behavioral Health Services, Forensic Psychiatry Unit, 220 West Broadway, #1003, San Diego, California, 92101 and 3255 Camino Del Rio South, San Diego, California 92108, U.S.A.

LAWRENCE RICHMAN

Individually and in his capacity as Chief Executive Officer and Founder, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

MASCHMEIER (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

MAX NAVARRO

Individually and in his capacity as Arresting Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

ZACHARY COLLINS

Individually and in his capacity as Arresting Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

RACHEL TYNER

Individually and in her capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

QUEEN (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. AMARIZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.DIAZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

G. BURTON

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. ALILIN

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. MARTINEZ
Individually and in his/her capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. FEWELL
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. BELVIS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

K. LYLE
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. VICCARIELLO
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. HAMADA
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R.P. POMEROY
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. AGUILAR
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. HERNANDEZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. ROGERS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. HUGBEE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. RICO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. RENTERIA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. GRAHAM

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. DIEGA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T.R. JOSEPH

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

F. MIRELES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. TORRES

COMPLAINT FOR DAMAGES

Individually and in his/her capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

K. GARCIA
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. ALAMILLO
Individually and in her capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. REAVES
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. FUENTEVILLA
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. FAVELO
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. LAPAN
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. COTHIAS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. OROZCO
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

V. GARCIA

COMPLAINT FOR DAMAGES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. REGUSTERS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

F. CONTRERAS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

LEHNHER (MR)
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

K. SPIGHT
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. MARTINEZ
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.MOYA
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California

C. MINER
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. YEAGER
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. COLLIER

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

PITT (MR)
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. KOSAK
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. SANDEZ
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. ROMERO
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.SPIEDEL
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. THOMAS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. JAMESON
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. KING
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. OKALSKI

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

S. RODRIGUEZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. MCKEEVER

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

H. CASTRO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. NUTTING

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.IZZARELLI

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

H. ALATORE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. FARIAS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. ROMERO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. TRUJILLO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. GONZALES
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A. WILLIAMS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

H. ESTRADA
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

CHAN (MR)
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

HINOJOS (MR)
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. BIBBY
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

S. CORREAU
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

G. EDWARDS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

H. NAVARRETTE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. NAPOLEON
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

Y. ADIBOYE
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. WADE
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. RANDES
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. MARRS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. ROBERTS
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. VARGES
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. OAKLEY
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. CARTER

COMPLAINT FOR DAMAGES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. PARKER
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

G. BARNETTE
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T, ASKREN
Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

CAROLYN SUESS
Individually and in her capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), San Diego, California.

PHIL STIEGLIZ
Individually and in his capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), San Diego, California.

JOSE GARCIA
Individually and in his capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN FITCH
Individually and in his capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN NESBITT
Individually and in his capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

RICARDO
Individually and in his capacity as Employee, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

ROSE SORILLON
Individually and in her capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN DOE WHITE MALE DRIVER SDMTS 44 BUS ROUTE 325 ABOUT 9:08PM PST ON DECEMBER 14, 2009 FROM LINDA VISTA ROAD TO OLD TOWN TRANSIT STATION SAN DIEGO CALIFORNIA.
Individually and in his capacity as Bus Driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN DOE HISPANIC MALE DRIVER SDMTS 992 BUS ROUTE 2775 ABOUT 8:58AM PST ON MARCH 17, 2011 INCIDENT ON BROADWAY AND SETTLER ACROSS FROM AMERICA PLAZA DOWNTOWN SAN DIEGO CALIFORNIA.
Individually and in his capacity as Bus Driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN DOE WHITE MALE DRIVER SDMTS 120 BUS ROUTE 343 ABOUT 4:42PM PST ON MARCH 15, 2011 INCIDENT ON GENESEE AVE AND HEALTHCARE DRIVE, SAN DIEGO CALIFORNIA.
Individually and in his capacity as Bus Driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JANE DOE BLACK FEMALE DRIVER SDMTS 105 BUS ROUTE 302 ABOUT 10:08AM PST ON JULY 26, 2009 INCIDENT ON MILTON ST AND MORENA BLVD, SAN DIEGO CALIFORNIA.
Individually and in her capacity as Bus Driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JANE DOE WHITE FEMALE DRIVER SDMTS 120 BUS ROUTE 1604 ABOUT 10:50AM PST ON AUGUST 21, 2011 INCIDENT AT FASHION VALLEY TRANSIT STATION, SAN DIEGO CALIFORNIA.
Individually and in her capacity as Bus Driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

PAUL PABLONSKI
Individually and in his capacity as Chief Executive Officer, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

C. MICHAEL COWETT

COMPLAINT FOR DAMAGES

Individually and in his capacity as General Counsel, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

TIFFANY LORENZEN

Individually and in her capacity as General Counsel, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JEFF STUMBO

Individually and in his capacity as Director, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

SHARON COONEY

Individually and in her capacity as Director of Court Affairs and Community Relations, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

HENRI PRUGLIO

Individually and in his capacity as Chairman, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

ALAN MOLDAWER

Individually and in his capacity as General Counsel, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

LARRY STEFFES

Individually and in his capacity as Assistant General Counsel, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

MARK L. JOSEPH

Individually and in his capacity as Chairman and Chief Executive Officer, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JANET DAVIS

Individually and in her capacity as Vice President, Business Development, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex,

720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

CHRISTOPHER BRYAN
Individually and in his capacity as Director, Business Development, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

DONALD SAUNDERS
Individually and in his capacity as Chief Operating Officer, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

TOM DOWNS
Individually and in his capacity as Chairman, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

VALERIE MICHAEL
Individually and in her capacity as Director, Corporate Communications, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JAN HORSTMANN
Individually and in his capacity as Chief Financial Officer, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

MARCUS WANG
Individually and in his capacity as Emergency Room Physician, Scripps Mercy Hospital, San Diego, California, U.S.A.

Co-defendants

## COMPLAINT FOR DAMAGES

Chibueze C. Anaeme, plaintiff, respectfully files this complaint for damages within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2671 et seq. and other causes of action provided under the United States Constitution, Statutory provisions and or laws of the applicable state(s).

JURISDICTION AND VENUE

1.Jurisdiction of the court is invoked pursuant to 28 U.S.C Sections 1331, 1337 and 1367 The actions, omissions and transactions alleged to be unlawful arise within the jurisdiction of the United States District Court for the Western District of Texas, United States District Court for the Southern District of California and the United States District Court for the District of Nevada.

2. Plaintiff further invokes the pendant jurisdiction of this court to hear and decide claims arising from constitutional and statutory provisions as is/are applicable.

PARTIES

3. Plaintiff, Chibueze C. Anaeme is a black male of African origin and a resident of Albuquerque, Bernalillo County, New Mexico, U.S.A.

4. Defendant, United States of America as party and as is liable for its acts and the acts of its individual agents and/or co-defendants in aforerecited cause.

5. Individual co-defendants and/or defendants' agents Watson and Taylor Self Storage, all locations and brands including but not limited to Watson and Taylor-Getwell Self Storage, Memphis, Tennessee, Watson and Taylor-Rhino Self Storage, South Desert Blvd, El Paso, Texas, Watson and Taylor-U-Lock Self Storage, Watson and Taylor-Space Savers II Self Storage, Watson and  Taylor-Wade Hampton Self Storage, Watson and Taylor-Highpoint Self Storage, Watson and Taylor-Lawndale Self Storage, Watson and Taylor-University Self Storage, Watson and Taylor- Peters Creek Self Storage, Watson and Taylor-A and M Self Storage, Watson and Taylor-East Central Self Storage, Watson and Taylor-Independent Square Self Storage, Watson and Taylor- Ala Moana Self Storage, Watson and Taylor-Stow and Go Self Storage, Watson and Taylor- Northwest Highway Self Storage, Watson and Taylor-Kemah Mini Warehouse Self Storage, Watson and Taylor-Bay Area Self Storage, Watson and Taylor, Watson and Taylor Management, Inc., subsidiaries, divisions and brands, 4015 Beltline Drive, Suite 300, Addison, Texas 75001 and all locations collectively named "Watson and Taylor cluster" are self-storage rental, operators and/or management companies engaged in business confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

6. Individual co-defendant and/or defendants' agent Kenneth-Wilson, Inc., Kennedy-Wilson, Inc., Austin, Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Capital Markets, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212 and collectively named "Kennedy Wilson cluster" are companies engaged in commercial investments, multifamily investments, residential, fund management, note purchases, construction management and engineering, trust services, brokerage and auction and convectional sales of real estate and investments confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

7. Individual co-defendant and/or defendants' agent Behringer Harvard Holdings, LLC, Behringer Harvard Opportunity REIT 1 and II, Behringer Harvard Investment Management, Behringer Harvard Companies, Behringer Harvard Advisors, Behringer Harvard Securities, LP, Behinger Multifamily REIT I and II, Inc., Behringer Harvard Europe, Harvard Property Trust, LLC, Harvard Property, Inc., Harvard Opportunity REIT I and II and Behringer Harvard, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001 collectively named "Behringer Harvard cluster" are engaged in real estate investing in assets domestically and internationally within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

8. Individual co-defendant and/or defendants' agent El Paso County, Texas collectively named "El Paso County cluster" is a government entity within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

9. Individual co-defendant and/or defendants' agent City of El Paso Police Department, 911 North Raymor Street, El Paso, Texas 79903 collectively named "El Paso Police cluster" is a government entity engaged in law enforcement within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

10. Individual co-defendant and/or defendants' agent State of California collectively named "State of California cluster" is a government entity within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

11. Individual co-defendant and/or defendants' agent San Diego County California collectively named "San Diego County cluster" is a government entity within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

12. Individual co-defendants and/or defendants agent The City of San Diego, California collectively named "City Administration cluster" is a government entity within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

13. Individual co-defendant and/or defendants' agent Office of County Counsel, San Diego County, California, 1600 Pacific Highway, Room 355, San Diego, California 92101, U.S.A collectively named "County Counsel cluster" is a government agency engaged in the practice of law and represents various county agencies in San Diego County, California within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

14. Individual co-defendants and/or defendants' agents Office of The Public Defender San Diego County, San Diego, California and Office of Assigned Counsel San Diego County, San Diego, California collectively named "Public Defender Assigned Counsel cluster" are government entities engaged in the practice of law within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

15. Individual co-defendant and/or defendants' agent Office of The City Attorney, City of San Diego, 1200 Third Ave, Suite 1300, San Diego, California collectively named "City Attorney cluster" is a government entity engaged in the practice of law and represents various municipal

agencies in San Diego, California within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

16. Individual co-defendant and/or defendants' agent San Diego Police Department collectively named "San Diego Police cluster", 1401 Broadway, San Diego, California is a law enforcement government agency proscribed within FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

17. Individual co-defendant and/or defendants' agent San Diego Unified Port District, 3165 Pacific Highway, San Diego, California 92101 and San Diego Harbor Police, 3380 N. Harbor Drive, San Diego, California 92101 collectively named "Port Police cluster" are harbor management and law enforcement government agencies respectively within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

18. Individual co-defendant and/or defendants' agent San Diego County Sheriffs' Department collectively named "Sheriff cluster" located at the John F. Duffy Administration Center, P.O. Box 939062, San Diego, California 92193, 1730 Front St, San Diego, California, San Diego Central Jail, San Diego, California, Facility 8, George F. Bailey Detention Facility, San Diego, California to name a few is a law enforcement government agency within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

19. Individual co-defendant and/or defendants' agent California State Police Department (California Highway Patrol) collectively named " Highway Patrol cluster", 4902 Pacific Highway, San Diego, California and 9330 Farnham St, San Diego, California is a law enforcement government agency within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

20. Individual co-defendant and/or defendants' agent San Diego County Health and Human Services Agency (HHSA), Behavioral Health Services, Forensic Psychiatry Unit collectively named "Forensic Services cluster", 220 W. Broadway, Room 1003, San Diego, California is a government agency engaged in the performance of health and human services functions including psychiatric services proscribed within FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

21. Individual co-defendants and/or defendants' agents Heritage Security Services, Transit System Security and Fort Heritage Courier Service collectively named "Transit Fort cluster", 1260 Morena Blvd, Suite 200, San Diego, California 92110 are companies engaged in the provision of courier services, armed and unarmed security services and investigative services to the public and to businesses within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

22. Individual co-defendants and/or defendants' agents Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, San Diego Metropolitan Transit System (SDMTS), San Diego Trolley, Inc. (SDTI), San Diego Transit Corporation (SDTC), San Diego and Arizona Eastern (SD and AE) Railway Company, San Diego Vintage Trolley, Inc., SANDAG, North County Transit District (NCTD) collectively

named "Veolia Cluster" are a group of companies engaged in public transportation within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

23. Individual co-defendant and/or defendants agent Frank Montalvo collectively named "Magoffin cluster personnel" is engaged in the practice of law and as pertains to USDC Case No. 3:12-CV-00031-FM within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

24. Individual co-defendants and/or defendants' agents Josue Noyles, Don Wilson, Tom Maxfield, A. Starke "Tracy" Taylor, III, George S. Watson, Robert M. Opdyke, Thomas P. Ward, Diane Douglass Taylor, Irvin Kerner and Donald Jones of 4015 Beltline Drive, Suite 300, Addison, Texas and 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A collectively named "Watson and Taylor cluster personnel" are officers, managers and/or employees of Watson and Taylor Self Storage, and Watson and Taylor Management, Inc respectively within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

25. Individual co-defendants and/or defendants' agents William J. McMorrow, Mary L. Ricks, Barry S. Schlesinger, Freeman A. Lyle, Donald J. Herrema, Robert E. Hart, John C. Prabhu, Stuart Cramer, Jim Rosten, Rhett Winchell, James C. Ozello, Matt Windisch, Stephen A. Pyhrr, Norman Creighton, Cathy Hendrickson, David Minela, Kent Y. Mouton, Jerry R. Solomon and Stanley Zax of 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212 collectively named "Kennedy-Wilson cluster personnel" are executives, managers and/or employees of Kennedy-Wilson, Holdings, Inc within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

26. Individual co-defendants and/or defendants' agents Robert M. Behringer, Robert S. Aisner, Robert J. Chapman, Gary S. Bresky, Gerald J. Reihsen, III, M. Jason Mattox, Michael D. Cohen, Robert Franklin Muller, Jr., Stanton P. Eigenbrodt, Mark T. Alferi, Samuel K. Gillespie, James D. Fant, Scott W. Fordham, William J. Reister, Gerald D. Oliver, Peggy Daly, Charles G. Dannis, Steven W. Partridge, G.Ronald. Witten, Andreas K. Bremer, Cynthia Pharr Lee, Jeffrey P. Mayer, Diane S. Detering-Paddison, Barbara C. Bulkin, Terry L. Gage, Steven L. Kaplan, E. Alan Patton, Roger D. Bowler, Sammi S. Abbasi and Jonathan L. Kempner of 15601 Dallas Parkway, Suite 600, Addison, Texas, 75001, U.S.A. collectively named "Behringer Harvard cluster personnel" are management personnel and/or employees within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

27. Individual co-defendants and/or defendants' agents Aceveda (Mr) and Greg Allen of 911 North Raymor Street, El Paso, Texas 79903 collectively named "El Paso Police cluster personnel" are law enforcement personnel of the City of El Paso Police Department, El Paso, Texas sounding in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

28. Individual co-defendants and/or defendants' agents John A. Johnson, W. Samuel Hamrick, Jr. and S/J Petersen collectively named " District Court cluster", 880 Front St, San Diego, California, U.S.A are engaged in the practice of law within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

29. Individual co-defendants and/or defendants' agents Thomas Montgomery collectively named "County Counsel cluster personnel" Office of County Counsel, 1600 Pacific Highway, Room 355, San Diego, California, 92101, U.S.A. is engaged in the practice of law within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

30. Individual defendants' agent and/or co-defendant Jerry Sanders collectively named "City Administration cluster personnel", City Administration Building, 202 C Street, 11th Floor, San Diego, California 92101 is engaged in city administration within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

31. Individual co-defendants and/or defendants' agents David J. Danielsen, Frederick Maguire, Robert C. Rice, Roger W. Krauel, Sandra L. Berry, Keri G. Katz, Desiree A. Bruce-Lyle, Lee C. Witham, John N. Blair and Karen A. Riley collectively named "Broadway cluster personnel" are located on 220 W. Broadway, San Diego, California and are engaged in the practice of law in San Diego County, California within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

32. Individual co-defendants and/or defendants' agents Solomon Chang, Brian Schmidt, Katherine Braner, MaryJo Barr, Henry C. Coker, Susan McInerney, L. Garcia, L. Stern, Robert J. Stall, Jr., Michael Begovich, Milly Durovic, Veneta Jacobs and Michael Hawkins collectively named "Public Defender Assigned Counsel cluster personnel" are attorneys and /or individuals engaged in the practice of law in San Diego County within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

33. Individual co-defendants and/or defendants' agents Jan Goldsmith, Onu Omordia, Heily Hernandez, L. Voglantz, MaryJo Lanzafare, Andrew Jones, David Greenberg, Tricia Pummil, Tessa Heunis, Andres Carnahan, Kristi Hein, Makini Hammond, L. Easton, D. Rurlins, M. Robertson, S. Park and A. Wilburn collectively named " City Attorney cluster personnel" are attorneys and/or employees of the Office of The City Attorney, City of San Diego, California engaged in the practice of law within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

34. Individual co-defendants and/or defendants agents John O'Neill, Deborah Cochran, Graydon "Bud" Wetzler, William Ashley "Lee" Biddle, William Howatt, Faye Detsky and Clyde L. Fuller collectively named " City cluster personnel" are city of San Diego Ethics Commissioners within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

35. Individual co-defendants and/or defendants' agents Sarah Sutter, Joel Voss, Schenkleberg (Mr), Ed, William Lansdowne, Paul Cooper, Michael Cash, Chris Ball, Guy Swanger, James Collins, Boyd Long, Cesar Solis, Tony McElroy, Sarah Creighton, David Rohowitz, Kister (Mr), K.P. Lewak, Patrick Sullivan, Kevin C. Rausis, U. Harvey, K. Kinney, Zach Bradley, Hime Alvarado, R.T. Henrizi, P. Rorrison, U. Harvey, S. Boykin, K. Armentano, S. Eraca, T. Wood, K. Lawrence, J. Hagel, Robert Adams, Alan Nicholas, E. Wiseman, S. Boykin, K. Armentano, S. Eraca, T. Wood, K. Lawrence, J. Hagel, Robert Adams, Alan Nicholas, E. Wiseman, S. Higdon, Sellsworth (Mr) and Sacco (Mr) collectively named "San Diego Police cluster personnel" are

law enforcement personnel with the San Diego Police Department, San Diego, California within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

36. Individual co-defendants and/or defendants agents R. Padilla, Taylor (Mr), Sabbagh (Mr), S. Afhook, John A. Bolduc, Brain Jensen and Kimberly Fives collectively named "Port Police cluster personnel" are law enforcement officers of the San Diego Harbor Police, San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

37. Individual co-defendants and/or defendants agents Bob Nelson, Scott Peters, Lee Burdick, Michael Bixler, Stephen Padilla, Lou Smith and Robert Valderrama collectively named "Port Commissioners cluster personnel" are members of the Board of Commissioner San Diego Unified Port District engaged in fiduciary, regulatory, advisory and policy-setting functions within the meaning of FTCA 28 U.S.C. Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

38. Individual co-defendants and/or defendants' agents Wiliam D. Gore, Thomas J. Cooke, R. Salazar, A.P. Setter, Hathaway (Mr), T. Handson, Acevado (Mr), P. Lachappell, G.A Navarro, Johnson (Mr), B. Richardson, Jackson (Mr), Smith (Mr), Powell (Mr), M.J. Saunders, Rourck (Mr), Monika Palmerin, C.H. Walsh, Mike Otis, Norm Castillo, L.A. Rois, Dailey (Mr), Ria (Ms), D. Hansen, J. Johns, Lawson (Mr), John Doe white male sheriffs' deputy wearing bullet-proof vest and accomplice of sheriffs' deputies D. Hansen, J. Johns and Lawson (Mr) at about 12:15am PST on May 22, 2012 in the lobby at the San Diego County Central Jail, 1730 Front St, San Diego, California collectively named "Sheriff cluster personnel" are law enforcement personnel with the San Diego County Sheriff's Department, San Diego, California proscribed within FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

39. Individual co-defendant and/or defendants' agent M. Johnson collectively named "Highway Patrol cluster" is a law enforcement personnel with the California Highway Patrol and/or California State Police, San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

40. Individual co-defendants and/or defendants' agents Matthew F. Carroll and Jeremy Flagel collectively named "Forensic Services cluster personnel" are staff psychiatrists with the San Diego County Health and Human Services Agency (HHSA), Behavioral Health Services, Forensic Psychiatry Unit, 220 W. Broadway, Room 1003, San Diego, California within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

41. Individual co-defendants and/or defendants' agents Lawrence Richman, Max Navarro, Zachary Collins, Rachel Tyner, Queen (Mr), L. Amariz, A. Diaz, G. Burton, E. Alilin, L. Martinez, L. Fewell, D. Belvis, H. TA'A, K. Lyle, M. Viccariello, D. Hamada, R.P. Pomeroy, E. Aguilar, C. Hernandez, R. Rogers, T. Higbee, M. Rico, J. Renteria, R. Graham, J. Diega, T.R. Joseph, F. Mireles, C. Torres, K. Garcia, P. Alamillo, D. Reaves, R. Fuentevilla, J. Lapan, P. Cothias, R. Orozco, V. Garcia, M. Regusters, F. Contreras, Lehnher (Mr), K. Spight, J. Martinez, A. Moya, C. Miner, C. Yeager, L. Collier, Pitt (Mr), M. Kosak, C. Sandez, P. Romero, A. Spiedel, T. Thomas, J. Jameson, J. King, T. Oklaski, S. Rodriguez, E. McKeever, H. Castro, J. Nutting, A. Izzarelli, H. Alatore, M. Farias, J. Romero, E. Trujillo, L. Gonzales, A. Williams, H.

Estrada, Chan (Mr), Hinojos (Mr), E. Bibby, R. Favelo, S. Correau, Y. Adiboye, T. Wade, E. Randes, J. Marrs, L. Roberts, M. Varges, R. Oakley, M. Carter, J. Parker, G. Barnette and T. Askren collectively named "Transit Fort cluster personnel" are employees and/or agents of Heritage Security Services, Transit System Security and/or Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California 92110 within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

42. Individual co-defendants and/or defendants' agents Carolyn Suess, Phil Stiegliz, John Fitch, John Nesbitt, Ricardo, Rose Sorillon, John Doe white male driver SDMTS 44 Bus Route # 325 of December 14, 2009 about 9:08pm PST from Linda Vista Road to Old Town Transit Station, San Diego, California, John Doe Hispanic male driver of SDMTS 992 Bus Route 2775 of about 8:58am PST on March 17, 2011 incident on Broadway and Settler across from America Plaza San Diego, California, John Doe white male driver of SDMTS 120 Bus Route 343 of about 4:42pm PST on March 15, 2011 incident on Genesee Ave and Healthcare Drive, San Diego, California, Jane Doe black female driver of SDMTS 105 Bus Route 302 about 10:08am PST on July 26, 2009 incident on Milton St and Morena Blvd, San Diego, California, Jane Doe white female driver of SDMTS 120 Bus Route 1604 of about 10:50am PST on August 21, 2011 incident at Fashion Valley Transit Station, San Diego, California, Paul Pablonski, C. Michael Cowett, Tiffany Lorenzen, Jeff Stumbo, Sharon Cooney, Henri Pruglio, Alan Moldawer, Larry Steffes, , Mark L. Joseph, Janet Davis, Christopher Bryan, Donald Saunder, Tom Downs, Valerie Michael and Jan Horstmann collectively named "Veolia cluster personnel" are employees, officers, operators, managers, contractors and/or agents with "Veolia cluster", or "Transit Fort cluster" aforerecited proscribed within FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

43. Individual co-defendant and/or defendants agent Marcus Wang collectively named "Wang cluster" is an Emergency Room physician at Scripps Mercy Hospital, San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

## PROCEDURAL REQUIREMENTS

44. About April 2008, plaintiff rented a storage unit on a month to month agreement at Watson and Taylor-Rhino Self Storage, 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A.

45. From April 2008 to present plaintiff timely, properly, verbally and in writing informed co-defendants and/or defendants' agents Watson and Taylor-Rhino Self Storage, 5405 South Desert Boulevard, El Paso, Texas, 79932 and Watson and Taylor Management, Inc., Addison, Texas U.S.A aforerecited of his continued intention regarding payment of said storage rent and about the contents of said storage unit.

46. As in tort liability and tort generally plaintiff remains wrongfully refused possession of his aforesaid property of legal documents and evidence in his storage unit aforementioned by individual co-defendants and defendants' agents "Magoffin cluster personnel", "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster", "Behringer Harvard cluster personnel",

"El Paso County cluster", "El Paso Police cluster" and "El Paso Police cluster personnel" without probable cause.

47. Similarly and as in tort liability and tort generally plaintiff remains wrongfully refused possession of his said property of legal documents and evidence in his storage unit aforementioned by individual co-defendants and defendants' agents "Magoffin cluster personnel" presently without probable cause as in USDC Case No. 3:12-CV-00031-FM.

48. As in tort liability and tort generally from 2008 to present plaintiff has continuously been injured by individual co-defendants and/or defendants' agents aforerecited including but not limited to "State of California cluster", "San Diego County cluster", "San Diego County cluster Personnel", "District Court cluster", "Broadway cluster personnel", "Public Defender Assigned Counsel cluster personnel", "City Attorney cluster", "County Counsel cluster", "County Counsel cluster personnel", "City Administration cluster", "City Administration cluster personnel", "City Attorney cluster personnel", "City cluster personnel", "San Diego Police cluster", "San Diego Police cluster personnel", "Port Police cluster", "Port Police cluster personnel", "Port Commissioners cluster personnel", "Sheriff cluster", "Sheriff cluster personnel", "Highway Patrol cluster", "Highway Patrol cluster personnel", "Forensic Services cluster", Forensic Services cluster personnel", "Transit Fort cluster", "Transit Fort cluster personnel", "Veolia cluster" , "Veolia cluster personnel" and "Wang cluster" as in malicious falsehood, loss of enjoyment of life, loss of income, loss of property, defamation, slander, evidence tampering, retaliation, judicial misconduct, attempted murder, assault and battery, attorney misconduct, vandalism, evidence tampering, theft, fraud, denial of due process, loss of consortium, bad faith, wrongful arrest and detention, law enforcement misconduct, law enforcement crime, obstruction of justice, denial of proper medical care to name a few in violation of:

> i)The Evidence Code, Evidence Rule, International Immigration laws, Law Enforcement Code of Ethics, American Medical Association Code of Ethics, Code of Judicial Ethics, ABA Model Rule, Rules of Professional Conduct, Rules of Civil and Criminal Procedure, State Bar Act, Local Rules, The Medical Board of California Business and Professions Code, Constitutional and Statutory provisions to name a few as is applicable.

49. Individual co-defendant and/or defendants' agent "Magoffin cluster personnel", "District Court cluster" and "Broadway cluster personnel" lacked proper case knowledge and/or failed to take proper judicial notice as pertains to said cause and that constituted the gravamen of the irresponsible, injurious, frivolous, reckless and prejudiced order by them in USDC Case No. 3:12-CV-00031-FM, USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH (BLM) and the Superior Court of California San Diego County Case No. M098172,

50. Individual co-defendants and/or defendants agents aforementioned including but not limited to "Magoffin cluster personnel", "District Court cluster", "State of California cluster", "San Diego County cluster", "Broadway cluster", 'City Attorney cluster", "City Attorney cluster personnel", "County Counsel cluster", "County Counsel cluster personnel", "City Administration cluster", "City Administration cluster personnel", "San Diego Police cluster", "San Diego Police

cluster personnel", "Public Defender cluster", "Public Defender cluster personnel", "Assigned counsel cluster", "Assigned counsel cluster personnel", "Sheriff cluster", "Sheriff cluster personnel", "Port Police cluster", "Port Police cluster personnel", "Highway Patrol cluster", "Highway Patrol cluster personnel", "Forensic Services cluster", "Forensic Services cluster personnel", "Heritage Transit cluster", "Heritage Transit cluster personnel", "Veolia cluster", "Veolia cluster personnel" and "Marcus Wang cluster" their officers, employees, representatives, agents, divisions, brands or subsidiaries aforerecited failed to exhaust their remedies.

51. Plaintiff is not required to exhaust any administrative remedies prior to filing this action.

STATEMENT OF FACTS

52. Plaintiff is and was at all times relevant hereto a resident of Albuquerque, Bernalillo County, New Mexico, U.S.A.

53. About April 2008, plaintiff rented a storage unit on a month to month agreement at Watson and Taylor-Rhino Self Storage, 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A.

54. At all times relevant hereto plaintiff timely and properly informed individual co-defendants and/or defendants' agents "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster", "Behringer Harvard cluster personnel", "El Paso County cluster", "El Paso Police cluster" and "El Paso County cluster personnel" aforerecited verbally and in writing of his continued intention pertaining to rental of said storage unit, the nature of its contents , the importance of safe-keeping said storage unit contents and of his intention to pay them in-full all applicable rent, fees, penalties and/or surcharges as is/or are applicable.

55. From about May 2008 to present plaintiff has severally, verbally and in writing requested of co-defendants and/or defendants' agents "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster" and "Behringer Harvard cluster personnel" aforerecited that they grant him access to his property of legal documents including but not limited to immigration documents, investigatory diaries, notes, papers, films, pictures, jewelry business and financial records and objects or articles of evidence stored in his aforesaid storage on 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A. as he needs them for ongoing investigations and litigation but he was repeatedly denied said access without probable cause.

56. Individual co-defendants and/or defendants' agents "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster", "Behringer Harvard cluster personnel", "El Paso County cluster", "El Paso Police cluster" and "El Paso County cluster personnel" aforerecited did not have any probable cause for denying plaintiff the aforesaid access to his property of legal documents including but not limited to immigration documents, investigatory diaries, notes, papers, films, pictures, jewelry, business and financial records and objects or articles of evidence stored in his aforementioned storage on 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A and violated:

i)Evidence Code, Evidence Rule, Law Enforcement Code of Conduct, International Immigration Laws, Pharmacy Rules and regulations, Constitutional and Statutory provisions to name a few as is or are applicable as a result of their aforerecited acts in tort generally.

57. At no time during the relevant period did plaintiff refuse to pay co-defendants and/or defendants agents, "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster" and "Behringer Harvard cluster personnel" or any of their subsidiaries, divisions, agents, brands, employees or representatives the applicable rent, fees, penalties and/or surcharges as is/are applicable.

58. About January, 2012 plaintiff filed an applicable Complaint For Damages against individual co-defendants and/or defendants' agents aforementioned including but not limited to "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster", "Behringer Harvard cluster personnel", "El Paso cluster", "El Paso Police cluster", "El Paso Police cluster personnel", "District Court cluster", "State of California cluster", "San Diego County cluster", "Broadway cluster", "County Counsel cluster", "County Counsel cluster personnel", "City Attorney cluster", "City Attorney cluster personnel", "San Diego Police cluster", "San Diego Police cluster personnel", "Public Defender cluster", "Public Defender cluster personnel", "Assigned counsel cluster", "Assigned counsel cluster personnel", "Sheriff cluster", "Sheriff cluster personnel", "Port Police cluster", "Port Police cluster personnel", "Highway Patrol cluster", "Highway Patrol cluster personnel", "Forensic Services cluster", "Forensic Services cluster personnel", "Heritage Transit cluster", "Heritage Transit cluster personnel", "Veolia cluster", "Veolia cluster personnel" and "Marcus Wang cluster" in the United States District Court For the Western District of Texas, El Paso Division as in USDC Case No. 3:12-CV-00031-FM.

59. About February 23, 2012, the United States District Court For the Western District of Texas, El Paso Division aforementioned dismissed plaintiffs' action and closed said cause, USDC Case No. 3:12-CV-00031-FM.

60. As in tort liability and tort generally plaintiff remains wrongfully refused access to and possession of his aforerecited property of legal documents and evidence including but not limited to case files, case dockets, immigration documents, investigatory files and diaries, notes, papers, films, pictures, jewelry, business and financial records and objects or articles of evidence stored in his aforementioned storage on 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A. as in USDC Case No. 3:12-CV-00031-FM. by individual co-defendants and/or defendants' agents "Magoffin cluster personnel", El Paso cluster", "El Paso Police cluster", "El Paso Police cluster personnel", "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster" and "Behringer Harvard cluster personnel" as of today without probable cause in violation of:

i)The Code of Judicial Conduct, the Evidence Code, Evidence Rule, Immigration laws, Law Enforcement Code of Conduct, Law Enforcement Code of Ethics, Code of Judicial Conduct, ABA Model Rule, Rules of Civil and Criminal Procedure, State Bar Act, Pharmacy Rules and Regulations, Constitutional and Statutory provisions to name a few as is or are applicable

61. Individual co-defendants and/or defendants agents, Watson and Taylor Management, Inc, Kennedy-Wilson, Inc, Kennedy-Wilson (Austin), Inc, Kennedy-Wilson Holdings, Inc, Behringer Harvard Holdings, LLC, or any of their subsidiaries, agents, employees or representatives aforementioned failed to exhaust their remedies and lacked probable cause for denying plaintiff access to and possession of his aforerecited property of legal documents and objects or articles of evidence.

62. As a direct and proximate causation individual co-defendants and/or defendants' agents, "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster", "Behringer Harvard cluster personnel", "El Paso Police cluster", "El Paso Police cluster personnel" aforerecited collectively named "First cluster set" acts in tort as in aforesaid denial of access to and/or possession of property continues to adversely affect plaintiff by hindering, obstructing and sabotaging plaintiffs' efforts to timely and properly investigate and/or litigate his severally applicable cases.

63. Additionally, as a contributory effect of the acts in tort generally of individual co-defendant and/or defendants' agents "Magoffin cluster personnel" plaintiff remains wrongfully denied possession of his aforerecited property of legal documents and evidence including but not limited to case files, case dockets, immigration documents, investigatory files and diaries, notes, papers, films, pictures, jewelry, business and financial records and objects or articles of evidence stored in his aforementioned storage unit on 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A. as in USDC Case No. 3:12-CV-00031-FM and that continues to adversely affect plaintiff by hindering, obstructing and sabotaging plaintiffs' efforts to timely and properly investigate and/or litigate his severally applicable cases in violation of:

i)ABA Model Rule, Conduct, Rules of Professional Conduct generally, Evidence Code, Evidence Rule, International Immigration laws, Judicial Code of Conduct, Rules of Civil and Criminal Procedure, Pharmacy Rules and Regulations, Constitutional and Statutory provisions to name a few as is or are applicable as a result of their aforerecited acts in tort generally.

64. As in tort liability and tort generally and similarly lacking probable cause individual co-defendants and/or defendants' agents "District Court cluster", "State of California cluster", "San Diego County cluster", "Broadway cluster", "City Attorney cluster", "City Attorney cluster personnel", "County Counsel cluster", "County Counsel cluster personnel", "San Diego Police cluster", "San Diego Police cluster personnel", "Public Defender cluster", "Public Defender cluster personnel", "Assigned counsel cluster", "Assigned counsel cluster personnel", "Sheriff

cluster", "Sheriff cluster personnel", "Port Police cluster", "Port Police cluster personnel", , "City Administration cluster", "City Administration cluster personnel", "San Diego Police cluster", "San Diego Police cluster personnel", "City cluster personnel", "Port Commissioners cluster personnel", "Port Police cluster", "Port Police cluster personnel", "Highway Patrol cluster", "Highway Patrol cluster personnel", "Forensic Services cluster", "Forensic Services cluster personnel", "Heritage Transit cluster", "Heritage Transit cluster personnel", "Veolia cluster", "Veolia cluster personnel" and "Marcus Wang cluster" collectively named "Second cluster set" injured plaintiff severally including but not limited to malicious falsehood, loss of enjoyment of life, loss of consortium, libel, defamation, slander, damage to property, obstruction of justice, theft of property, fraud, loss of credit privileges, denial of proper medical care to name a few in violation of:

> i)The Code of Judicial Conduct, the Evidence Code, Evidence Rule, Immigration laws, Law Enforcement Code of Conduct, Law Enforcement Code of Ethics, American Medical Association Code of Ethics, Code of Judicial Conduct, ABA Model Rule, Rules of Professional Conduct generally, Pharmacy Rules and Regulations, Code of Judicial Ethics, Rules of Civil and Criminal Procedure, State Bar Act, The Medical Board of California Business and Professions Code, Constitutional and Statutory provisions to name a few as is or are applicable

65. Individual co-defendants and/or defendants' agents hereinabove including but not limited to "Magoffin cluster personnel", "First cluster set" and "Second cluster set" aforerecited knew of these acts in tort liability and tort generally did nothing to eradicate those practices and indeed condoned their continued practice.

## CLAIM (COUNT) 1 NEGLIGENCE

66. Plaintiff incorporates herein by reference all the foregoing paragraphs, 1 through 58 as though the same were fully set forth herein.

67. Defendant, United States of America as party was negligent as it is liable for its acts and the acts of its individual agents and/or co-defendants aforerecited within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

68. Individual co-defendants and/or defendants' agents "Magoffin cluster personnel", "First cluster set" and "Second cluster set" malicious acts, lacking probable cause and as in tort negligence denied plaintiff timely access to his property of legal documents including but not limited to immigration documents, investigatory diaries, notes, papers, films, pictures, jewelry, business and financial records and objects or articles of evidence stored in his aforementioned storage on 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A. which he urgently needed and continues to need for current, ongoing investigations and litigation in violation of:

> i) The Code of Judicial Conduct, the Evidence Code, Evidence Rule, Immigration laws, Law Enforcement Code of Conduct, Law Enforcement Code of Ethics,

American Medical Association Code of Ethics, Code of Judicial Conduct, ABA Model Rule, Rules of Professional Conduct, Rules of Civil and Criminal Procedure, State Bar Act, The Medical Board of California Business and Professions Code, Constitutional and Statutory provisions to name a few as is or are applicable within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

69. Individual co-defendants and/or defendants' agent "First cluster set" and "Second cluster set" malicious acts, lacking probable cause herein and as in tort negligence were negligent of their duty and/or moral obligation to protect plaintiffs' rights under the law within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

70. Individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" hereinabove had ample opportunity to interceded on behalf of the plaintiff but refused to do so thus intentionally subjecting plaintiff to unlawful and/or wrongful acts as in tort negligence and tort generally herein recited and within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

71. As a cause-in-effect of the tort negligence by individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" aforerecited plaintiff was deprived as in tort of his right to timely possession and use of his property of legal documents and objects or articles of evidence as aforedescribed and to proper medical treatment respectively and as is applicable and following FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

72. As a direct and proximate causation of the tort negligence by individual co-defendants and/or defendants agents aforerecited plaintiff was deprived of a speedy litigation of his cases, of gainful employment, of good credit privileges, of enjoyment of life to name a few confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

73. Individual co-defendants and/or defendants' agents aforerecited did not have probable cause for said negligent tortuous acts.

74. Resultant of the aforerecited acts in tort by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as is applicable plaintiff was damaged in the amount to be established at trial for which he is entitled to just and fair compensation.

WHEREFORE, as relief plaintiff respectfully requests that the court find in favor of plaintiff and against individual co-defendants and/or defendants' agents as follows.

i.Order individual co-defendants and/or defendants' agents to make plaintiff whole by providing appropriate back pay with pre-judgment interest, front pay with post-judgment interest and other affirmative relief necessary to eradicate the effects of aforerecited tort negligence.

ii. Order individual co-defendants and/or defendants' agents to make plaintiff whole by providing compensation for past and future pecuniary losses resulting from said acts in tort.

iii. Order defendant, individual co-defendants and/or defendants' agents aforesaid to make plaintiff whole by providing past and future non-pecuniary losses resulting from such acts in tort including but not limited to intentional infliction of emotional distress, mental anguish, pain and suffering, humiliation, loss of reasonable time, loss of enjoyment of life, loss of consortium to name a few in the amounts to be determined at trial.

iv. Order individual co-defendants and/or defendants' agents to make plaintiff whole by granting plaintiff access to and possession of all his said property of legal documents and objects or articles of evidence in said storage unit at Watson and Taylor-Rhino Self Storage, 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A.

v. Award plaintiff compensatory damages as recited herein, exemplary damages, reasonable legal fees, investigatory fees, attorney's fees and costs of this action as is or are applicable.

vi. Such other and further relief as the court deems just and proper in the premise.

## CLAIM (COUNT) II CONSPIRACY

75. As for his second cause of action or claim against individual co-defendants and/or defendants' agents plaintiff incorporates herein by reference all the foregoing paragraphs 1 through 74 as though the same were fully set forth herein.

76. Defendant, United States of America as party and as is liable for its acts and the acts of its individual co-defendants and/or defendants' agents aforerecited within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

77. As in tort conspiracy "First cluster set" individual co-defendants and/or defendants' agents aforedescribed and as are applicable aided, abetted, conspired together and reached a mutual understanding and acting inconcert undertook a course of conduct tortuous to plaintiff as hereinabove in violation of:

> i) The Code of Judicial Conduct, the Evidence Code, Evidence Rule, Immigration laws, Law Enforcement Code of Conduct, Law Enforcement Code of Ethics, Code of Judicial Conduct, ABA Model Rule, Rules of Professional Conduct, Local Rules, Pharmacy Rules and Regulations, Rules of Civil and Criminal Procedure, State Bar Act, Constitutional and Statutory provisions to name a few as is or are applicable within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

78. Similarly and sounding in tort conspiracy and tort generally "Second cluster set" individual co-defendants and/or defendants' agents as are applicable aided, abetted, conspired together and reached a mutual understanding and acting inconcert undertook a course of conduct tortuous to

plaintiff as hereinabove confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

79. "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents aforesaid and as is or are applicable agreed to target plaintiff failing to investigate thoroughly and without prejudice the evidence or lack thereof against plaintiff and agreeing to intentionally and maliciously act in tort as hereinabove within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

80. "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as are applicable lacking probable cause agreed to intentionally fabricate evidence, overlook exculpatory evidence and cause plaintiff to be harassed, intimidated, embarrassed, denied access to and possession of his property of legal documents and objects of evidence, loose gainful employment and income, loose credit privileges, speedy litigation and investigations to name a few within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

81. Individual co-defendants and/or defendants' agents aforerecited did not have probable cause for said tort conspiracy.

82. As a direct and proximate causation of the foregoing tort conspiracy by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as is/are applicable plaintiff was damaged in the amount to be established at trial for which he is entitled to just and fair compensation.

## CLAIM (COUNT) III INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

83. As and for his fourth cause of action against defendant, individual co-defendants and/or defendants' agents plaintiff incorporates herein by reference all the foregoing paragraphs, 1 through 82, as though the same were fully set forth herein.

84. Defendant, United States of America as party and as is liable for its acts and the acts of the individual co-defendants and/or defendants' agents aforesaid and as within the meaning of FTCA 28 U.S.C Section 1346, 1402, 2401, 2422, 2671 et seq.

85. Defendant, "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents actionable acts in tort aforementioned lacking probable cause were so extreme and outrageous as to go beyond decency and to be regarded as irresponsible, abusive, reckless, blatant, atrocious, dehumanizing, capricious, intolerable, emotionally distressing and mentally anguishing to say the least in violation of:

      i) The Code of Judicial Conduct, the Evidence Code, Evidence Rule, Immigration laws, Law Enforcement Code of Conduct, Law Enforcement Code of Ethics, American Medical Association Code of Ethics, Code of Judicial Conduct, ABA

Model Rule, Pharmacy Rules and Regulations, Rules of Professional Conduct, Rules of Civil and Criminal Procedure, State Bar Act, The Medical Board of California Business and Professions Code, Constitutional and Statutory provisions to name a few as is or are applicable within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

86. The extreme and outrageous acts by Defendant, "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents sounding in tort as aforerecited include but not limited to.

i. Deliberate, intentional and continued refusal to timely allow plaintiff possession of or access to his property of legal documents and objects of evidence in aforesaid storage unit despite plaintiffs' repeated timely, proper, verbal and written requests that they do so.

ii. Deliberate, intentional and continued attempts by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents, which lacked probable cause, to sabotage plaintiffs' efforts to gain possession of his property of legal documents and objects or articles of evidence aforesaid.

iii. Deliberate and consistent attempts by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents to sabotage plaintiffs' efforts for a speedy trial of his litigation and to effect his applicable several investigations and responsibilities.

iv. Deliberate, intentional and consistent acts in tort by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as hereinabove that caused plaintiffs' loss of credit privileges, loss of reasonable time, loss of enjoyment of life, loss of income as in malicious falsehood and loss of consortium to name a few.

v. Deliberate, intentional and continued attempts by individual co-defendants and/or defendants' agents to misinform and sabotage plaintiffs' efforts to maintain and/or gain continued employment and to earn an income as a clinical pharmacist, independent contract clinical and consultant pharmacist, Director of Pharmacy, Chief Pharmacist, Pharmacy Manager, Pharmacy Instructor to name a few and as in The Superior Court of California San Diego County Case No. M098172, The Superior Court of California San Diego County Case No.Z358388, The Superior Court of California San Diego County Case No. Z372759.

vi. Deliberate and continued attempts by individual co-defendants and/or defendants' agents as is or are applicable to misinform and sabotage plaintiffs' efforts to obtain his complete original and complete copy of his case file in Superior Court of California Case No. M098172, The People of California [Max Navarro, Zachary Collins, Rachel Tyner, Sarah Sutter, Joel Voss, Schenkleberg] vs. Chibueze C. Anaeme.

vii. Deliberate and intentional lack of proper case knowledge and refusal to take proper judicial notice by the court(s) which constitute the gravamen of their irresponsible, injurious, frivolous, prejudiced and reckless orders, judgments, decisions and/or rulings in point.

87. Resultant of Defendants', "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents actionable acts in tort aforerecited plaintiff suffered and continues to suffer emotional distress, mental anguish, pain and suffering to name a few.

88. As in tort liability, defendants', individual co-defendants and/or defendants' agent's extreme and outrageous acts were irresponsible, frivolous, intentional, discriminatory, reckless, prejudiced, malicious and embody an impermissible denial of plaintiffs' rights of liberty, due process of law, equal protection and property to name a few confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

89. The totality of the circumstances in said malicious acts in tort generally of defendants', individual co-defendants' and/or defendant agents hereinabove caused plaintiff to suffer intentional emotional distress, mental anguish, loss of enjoyment of life, loss of income, loss of consortium, pain and suffering to name a few.

90. Plaintiff hereby requests that the court grant him permission as is necessary to amend his complaint in afore-styled cause following discovery as applicable relevant information become available to him as severally crucial applicable evidence are currently converted by the United States Postal Service, Airport Facility, Albuquerque, New Mexico and Carrollton, Georgia, Franklin Resources, Inc., San Mateo, California and subsidiaries and Franklin Capital Corporation, Salt Lake City, Utah, Bernalillo County Sheriffs' Office, Albuquerque, New Mexico, American Recovery, Albuquerque, New Mexico, Madrid Towing, Albuquerque, New Mexico, FedEx Corporation, Memphis, Tennessee, Law Offices of Gallo and Associates, Los Angeles, California and other locations, AMERCO, Reno, Nevada and U-Haul International, Inc., Phoenix, Arizona, San Diego Police Department, San Diego, California, San Diego Harbor Police Department, San Diego, California, Heritage Security Services, San Diego, California, Fort Heritage Courier Service, San Diego, California, Transit System Security, San Diego, California, C and D Towing Specialists, Inc/McBride, San Diego and La Mesa, California and other locations, Talon Auto Adjusters, La Mesa, California and other locations, Adesa LA Auctioneers, Mira Loma, California, Adesa Corporation, LLC, Mira Loma, California and other locations, Toyota Financial Services Corporation, Torrance, California, Toyota Motor Company U.S.A, Larry Miller American Toyota, Albuquerque, New Mexico, Larry Miller Group of Companies, Salt Lake City, Utah, Public Storage, Glendale, California and Douglasville, Georgia and other locations, Shurgard Storage Centers, Shurgard Self Storage, Duluth, Georgia, Seattle, Washington and other locations, AMERCO, Reno, Nevada and U-Haul International, Inc., Phoenix, Arizona, U-Haul Self Storage Centers, Albuquerque, New Mexico and other locations, Leroy Frank Auctioneers, Phoenix, Arizona, Price Self Storage, LLC. and Price Self Storage Management, Inc., San Diego, California and other locations, Watson and Taylor Management, Inc., Addison, Texas, El Paso, Texas and other locations/Kennedy-Wilson, Inc., /Behringer Harvard Holdings, LLC., SafeLock Self Storage, South Beach, Oregon and other locations, Valero Energy Corporation/Diamond Shamrock, San Antonio, Texas, Albuquerque,

New Mexico and other locations, the United States Postal Service, Airport Facility, Albuquerque, New Mexico and Carrollton, Georgia, The Law Offices of Bobby Aniekwu and Associates, Atlanta, Georgia, McIntyre Law, P.C., Oklahoma City, Oklahoma, U.S.A other self-storage companies and businesses nationwide, USDC San Diego Case No. 11-CV-1906-JAH(WVG), USDC San Diego Case No. 3-11-CV-1808-JAH (BLM), The Superior Court of California San Diego County Case No. M098172, The Superior Court of California San Diego County Case No.Z358388, The Superior Court of California San Diego County Case No. Z372759.

WHEREFORE, plaintiff prays that this court accept his complaint, order the matter scheduled for pre-trial discovery and thereafter order the matter scheduled for trial on the merits. Plaintiff prays for trial by jury on all issues so triable and that after trial on the merits, the court award him exemplary and compensatory damages, legal fees, attorneys' fees and costs of this action in the appropriate amounts as is/are applicable.

Plaintiff further prays that the court grant him such other and further relief as may be just and necessary in the premise.

Respectfully submitted,

Chibueze C. Anaeme
Plaintiff pro se
c/o General Delivery
United States Post Office-Midway Branch
San Diego, California 92138, U.S.A.
Email:nexnns@yahoo.com
Phone: (212)808-0302 (Temporary)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing COMPLAINT FOR DAMAGES was mailed to Defendant and/or co-defendants or their counsel of record or registered agents' last known address by U.S First class mail on_____, 2012.

Chibueze C. Anaeme

Plaintiff in pro se