1
2
3
4
5
6                             UNITED STATES DISTRICT COURT

7                                   DISTRICT OF NEVADA

8                                          * * *

9   CHIBUEZE C. ANAEME,                          Case No. 2:12-cv-1041-MMD-VCF
                                                 Case No. 2:12-cv-1274-MMD-VCF
10                              Plaintiff,        Case No. 2:12-cv-1275-MMD-VCF
                                                 Case No. 2:12-cv-1277-MMD-VCF
11       v.                                       Case No. 2:12-cv-1280-MMD-VCF

12  NATIONAL ASSOCIATION OF BOARDS               ORDER ADOPTING REPORT AND
    OF PHARMACY, *et al.*,                              RECOMMENDATION
13
                                Defendants.
14

15          Before this Court are the reports and recommendations of United States

16  Magistrate Judge Cam Ferenbach entered in cases No. 2:12-cv-1041-MMD-VCF (dkt.

17  no. 5), No. 2:12-cv-1274-MMD-VCF (dkt. no 6), No. 2:12-cv-1275-MMD-VCF (dkt. no. 5),

18  No. 2:12-cv-1277-MMD-VCF (dkt. no. 5), and No. 2:12-cv-1280-MMD-VCF (dkt. no. 5).

19  Magistrate Judge Ferenbach recommends that Plaintiff Chibueze C. Anaeme's

20  complaints in these cases be dismissed; that Anaeme be deemed a vexatious litigant

21  pursuant to 28 U.S.C. § 1651(a); and that the Court enter an order stating that if Anaeme

22  intends to file any papers with the Court, he must first seek leave of the Chief Judge of

23  this Court in accordance with the procedure outlined in the reports.

24          With the exception of Case No. 2:12-cv-1280-MMD-VCF, every Report and

25  Recommendation mailed to Anaeme's listed address was returned undelivered.   No

26  objections were filed to the reports and recommendations in accordance with Local Rule

27  LR IB 3-2 of the Rules of Practice of the United States District Court for the District of

28  Nevada.

1    The Court has conducted a *de novo* review of the record in these cases in

2  accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that

3  the reports and recommendations of Magistrate Judge Ferenbach should be accepted

4  and adopted in whole.   In addition, Local Rule LSR 2-2 requires that a plaintiff keep

5  current his address with the Court.  Failure to do so may result in dismissal of the action

6  with prejudice.   Anaeme's failure to maintain a current address further counsels in favor

7  of adopting the reports and recommendations.

8    Accordingly, it is ORDERED THAT Magistrate Judge Ferenbach's reports and

9  recommendations (dkt. no. 5 in No. 2:12-cv-1041-MMD-VCF; dkt. no. 6 in No. 2:12-cv-

10  1274-MMD-VCF; dkt. no. 5 in No. 2:12-cv-1275-MMD-VCF; dkt. no. 5 in No. 2:12-cv-

11  1277-MMD-VCF; dkt. no. 5 in No. 2:12-cv-1280-MMD-VCF) are ADOPTED in their

12  entirety.

13    IT IS FURTHER ORDERED that Plaintiff Chibueze C. Anaeme's complaints (dkt.

14  no. 1-1 in No. 2:12-cv-1041-MMD-VCF; dkt. no. 1-1 in No. 2:12-cv-1274-MMD-VCF; dkt.

15  no. 1-1 in No. 2:12-cv-1275-MMD-VCF; dkt. no. 1-1 in No. 2:12-cv-1277-MMD-VCF; dkt.

16  no. 1-1 in No. 2:12-cv-1280-MMD-VCF) are DISMISSED with prejudice.

17    IT IS FURTHER ORDERED that Anaeme is deemed a vexatious litigant pursuant

18  to 28 U.S.C. § 1651(a).

19    IT IS FURTHER ORDERED that if Anaeme intends to file any papers with the

20  Court, he must first seek leave of the Chief Judge of this Court in accordance with the

21  procedure outlined in Magistrate Judge Ferenbach's reports.

22

23    ENTERED THIS 11th day of January 2013.

24

25    _____

26    MIRANDA M. DU
      UNITED STATES DISTRICT JUDGE

27

28