AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Nevada

Chibueze C. Anaeme,

                    Plaintiff,                    **JUDGMENT IN A CIVIL CASE**

        V.

United States of America et al.,          Case Number:  2:12-cv-01280-MMD -VCF

                    Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment has been entered in favor of defendants and against plaintiff Chibueze C. Anaeme with prejudice.

January 14, 2013                         /s/ Lance S. Wilson

Date                                     Clerk

                                         /s/ Summer Rivera

                                         (By) Deputy Clerk